# MEMO ENDORSED

LAW OFFICES OF
FULLER, FULLER & ASSOCIATES, P.A.

12000 BISCAYNE BOULEVARD; SUITE 502
NORTH MIAMI, FLORIDA 33181

Main (305) 891-5199
Facsimile (305) 893-9505

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   5/12/22
```

May 12, 2022

Via CM/ECF
The Honorable Valerie E. Caproni,
United States District Judge
40 Foley Square; Room 240
New York, NY 10007

Re:   *Helen Swartz v. 4 West 37th Street LLC*
      Case No.: 1:22-cv-01486-VEC

      **Plaintiff's Unopposed First Letter Motion for Adjournment of Initial Conference**

Your Honor:

This correspondence represents Plaintiff's first request for an adjournment of the Initial Conference set for 10:00 a.m. on June 16, 2022, at 3:45 p.m. Defense counsel has been consulted and has consented to this request.

The Plaintiff hopes to settle this matter in an amicable fashion, without the need for protracted litigation. Although the undersigned will be on vacation from June 23 through August 1, 2022, he will be in a position to negotiate settlement.

Accordingly, it is respectfully requested that the Initial Conference be continued to the end of August, with mediation (if necessary) to be scheduled during the first or second week of August.

The Court's consideration is greatly appreciated.

Respectfully submitterd,

FULLER, FULLER & ASSOCIATES, P.A.

*Lawrence A Fuller*

Lawrence A. Fuller

cc via ECF:
    Counsel of Record

Application DENIED.  Should the parties fail to settle the case in the remaining month before the Initial Pre-Trial Conference, they are free to re-raise the request for adjournment in their joint letter.  The parties are urged to inform the Court if they would like to be referred to mediation either in the District Court mediation program or with their assigned Magistrate Judge in the meantime.

SO ORDERED.

*[signature]*

5/12/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE